**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-01325-REB

GOLIGHT, INC., a Nebraska corporation,

    Plaintiff,

vs.

PILOT AUTOMATIVE, INC., a California corporation,

    Defendant.

## ORDER FOR BRIEFING ON *MARKMAN* ISSUES

**Blackburn, J.**

    This matter is before the court *sua sponte*. In this action for alleged patent infringement, the court recognizes the need first to construe the disputed claims of the patent in suit before the case can proceed to resolution by summary judgment, trial, or otherwise. Therefore, I establish the following briefing schedule to govern resolution of these matters.

    **IT IS ORDERED** as follows:

    1. That no later than **October 29, 2014**, the parties **SHALL FILE** a joint claim construction statement setting forth the construction of claims and terms on which the parties agree and the construction of claims and terms on which the parties disagree for the patent in suit;

    2. That absent further order of the court, the joint claim construction statement **SHALL BE LIMITED** to fifteen (15) pages;

    3. That the plaintiff's brief on claim construction **SHALL BE FILED** 30 days after

the joint claim construction statement is filed;

    4. That the deadlines for filing a response brief and a reply brief, if any, **SHALL BE AS PRESCRIBED** by D.C.COLO.LCivR 7.1(d);

    5. That absent further order of the court, the plaintiff's brief on claim construction and the defendant's response brief **SHALL BE LIMITED** to twenty (20) pages;

    6. That no later than ten (10) days after the reply brief is filed, the parties **SHALL CONVENE** a telephonic motions' hearing setting conference with the court's administrative assistant (303-335-2350) to set a time for a possible *Markman*[1] hearing; provided, furthermore, that plaintiff is responsible for arranging, scheduling, and initiating the conference call, which must include representatives of all parties with authority to schedule matters in this case; and

    7. That based on the parties' submissions, the court will either rule on the papers, order further briefing, convene a *Markman* hearing, consider appointment of a master under Fed. R. Civ. P. 53, or take such further action as the court in its discretion deems proper and necessary.

    Dated September 15, 2014, at Denver, Colorado.

                                  **BY THE COURT:**

                                  */s/ Robert E. Blackburn*
                                  Robert E. Blackburn
                                  United States District Judge

---

[1] A reference to *Markman v. Westview Instruments, Inc.*, 517 U.S. 370, 384-88 (1996)