**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-01325-REB

GOLIGHT, INC., a Nebraska corporation,

    Plaintiff,

v.

PILOT AUTOMOTIVE, INC., a California corporation,

    Defendant.

---

**ORDER GRANTING UNOPPOSED MOTION
TO AMEND CLAIM CONSTRUCTION ORDER**

---

**Blackburn, J.**

The matter before me is plaintiff's **Unopposed Motion To Amend Claim Construction Order** [#25],[1] filed November 26, 2014.  Having been apprised of the premises for the requested extension to file briefs regarding claim construction, the court believes the motion is well-taken and should be granted.[2]

**THEREFORE, IT IS ORDERED** as follows:

1. That plaintiff's **Unopposed Motion To Amend Claim Construction Order** [#25], filed November 26, 2014, is **GRANTED**; and

---

[1] "[#25]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

[2] The date requested for a telephonic conference to set the *Markman* hearing is not compatible with the court's docket, but the court will set a date relatively soon thereafter to conduct such a settinf conference

2.  That the **Order for Briefing on *Markman* Issues** [#21], filed September 15, 2014, is **AMENDED** as follows:

   a.  That plaintiff's claim construction brief **SHALL BE FILED** by December 29, 2014;

   b.  That defendant's response claim construction brief **SHALL BE FILED** by January 20, 2015; and

   c.  That plaintiff's reply claim construction brief **SHALL BE FILED** by February 3, 2015;

3.  That the page limitations imposed in the court's **Order for Briefing on *Markman* Issues** [#21], filed September 15, 2014, **SHALL REMAIN** in effect; and

4.  That a telephonic motions' hearing setting conference with the court's administrative assistant (303-335-2350) **SHALL BE HELD** on **Wednesday**, **February 18, 2015**, at **10:00 a.m. (MST)**; provided, further, that counsel for plaintiff shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference, which must include representatives of all parties with authority to schedule matters in this case.

   Dated December 3, 2014, at Denver, Colorado.

                                        **BY THE COURT:**

                                        Robert E. Blackburn
                                        United States District Judge