**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-01325-REB

GOLIGHT, INC., a Nebraska corporation,

    Plaintiff,

v.

PILOT AUTOMOTIVE, INC., a California corporation,

    Defendant.

## ORDER DISCHARGING ORDER TO SHOW CAUSE

**Blackburn, J.**

The matter before me is Plaintiff Golight, Inc.'s **Response to Order To Show Cause** [#29],[1] filed January 19, 2015. The response discharges plaintiff's duty under the **Order To Show Cause** [#28], filed January 5, 2015. I will set a deadline for the submission of dismissal documents by separate order.

**THEREFORE, IT IS ORDERED** the **Order To Show Cause** [#28], filed January 5, 2015, is **DISCHARGED**.

Dated January 20, 2015, at Denver, Colorado.

                                    **BY THE COURT:**

                                    */s/ Bob Blackburn*
                                    Robert E. Blackburn
                                    United States District Judge

---

[1] "[#29]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.