IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 14-cv-01325-REB

GOLIGHT, INC., a Nebraska corporation,

    Plaintiff,

v.

PILOT AUTOMOTIVE, INC., a California corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulation of Dismissal With Prejudice** [#33],[1] filed January 30, 2015.  After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice with the parties to pay their own attorney fees and costs.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal With Prejudice** [#33], filed January 30, 2015, is **APPROVED**;

2.  That any extant pretrial deadline is **VACATED**;

3.  That the telephonic motions setting hearing conference scheduled for **February 18, 2015**, at **10:00 a.m.**, is **VACATED**; and

---

[1] "[#33]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and  electronic case filing system (CM/ECF).  I use this convention throughout this order.

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated February 2, 2015, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge